**Opinion issued October 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00658-CR

———————————

## IN RE GEORGE AGUILAR, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, George Aguilar, confined and proceeding pro se, has filed a petition for a writ of mandamus to compel the trial court to hold a hearing on his pro se motion to dismiss his appointed trial counsel.[1]

We deny the petition.

---

[1] The underlying case is *The State of Texas v. George Aguilar*, cause number 1497176, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).